**No. 10-7026. In re William Ray Johnson, Petitioner.**

562 U.S. 1028, 131 S. Ct. 587, 178 L. Ed. 2d 429, 2010 U.S. LEXIS 8792.

November 8, 2010. Petition for writ of habeas corpus denied.

**No. 09-11233. Jackie Lyn Coulombe, Petitioner v. Superior Court of California, Ventura County, et al.**

562 U.S. 1037, 131 S. Ct. 588, 178 L. Ed. 2d 429, 2010 U.S. LEXIS 8774.

November 8, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 868, 131 S. Ct. 166, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6731.

**No. 09-11424. Sabrina D. Davis, Petitioner v. Kia Motors America, Inc., et al.**

562 U.S. 1037, 131 S. Ct. 589, 178 L. Ed. 2d 429, 2010 U.S. LEXIS 8797.

November 8, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 879, 131 S. Ct. 196, 178 L. Ed. 2d 118, 2010 U.S. LEXIS 6998.

**No. 09-11481. Steven Crain, Petitioner v. Matthew Heifner.**

562 U.S. 1037, 131 S. Ct. 589, 178 L. Ed. 2d 429, 2010 U.S. LEXIS 8732.

November 8, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 883, 131 S. Ct. 207, 178 L. Ed. 2d 124, 2010 U.S. LEXIS 6754.

**No. 10-5013. John W. Brooks, Petitioner v. Lubbock County Hospital District, dba UMC Health System.**

562 U.S. 1038, 131 S. Ct. 589, 178 L. Ed. 2d 429, 2010 U.S. LEXIS 8796.

November 8, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 899, 131 S. Ct. 228, 178 L. Ed. 2d 151, 2010 U.S. LEXIS 6314.